IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 23-cv-0240-WJM-MDB

NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,

 Plaintiff,

v.

RICHARD BUTCHER, JR., an individual,

 Defendant.
_____

**ORDER ADOPTING NOVEMBER 8, 2024
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

  This matter is before the Court on the November 8, 2024, Recommendation of United States Magistrate Judge Maritza Dominguez Braswell (the "Recommendation") (ECF No. 65) recommending that the Motion to Withdraw Complaint (ECF No. 61) be granted. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

  The Recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation. (ECF No. 65 at 3.) On November 12, 2024, the parties filed a Notice of Non-Objection. (ECF No. 66.)

  The Court concludes that the Magistrate Judge's analysis is thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991)

("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 65) is ADOPTED in its entirety;

(2) Plaintiff's Motion to Withdraw Complaint (ECF No. 61) is GRANTED, and Plaintiff's Complaint for Declaratory Relief (ECF No. 1) is DISMISSED WITH PREJUDICE;

(3) The Clerk shall terminate this case, and the parties are to proceed solely in Civil Action No. 23-cv-2311-WJM-MDB;

(4) The Stay in the 23-cv-2311-WJM-MDB case is LIFTED; and

(5) Each party shall bear their own costs and attorney's fees incurred in this case.

Dated this 13th day of November, 2024.

BY THE COURT:

_____
William J. Martinez
Senior United States District Judge

2